# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:22-cr-00300-JM-24

AARON NICHOLS

## ORDER

The United States must turn over to the defense all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the government's case. *See Brady v. Maryland*, 373 U.S. 83 (1963), and cases applying this precedent. If the government fails to produce exculpatory evidence to the defense in a timely manner, the Court may take certain steps: excluding certain evidence; giving adverse jury instructions; dismissing charges; holding government lawyers in contempt; or imposing other appropriate sanctions.

IT IS SO ORDERED this 14th day of November 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE