# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                     **Plaintiff**

**v.**                                   **Case No.: 4:22–cr–00300–JM**

**Aaron Nichols**                                                                             **Defendant**

---

## NOTICE OF HEARING

      PLEASE take notice that the Detention Hearing has been rescheduled in this case for November 29, 2022, at 09:00 AM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** November 15, 2022                                     AT THE DIRECTION OF THE COURT
                                                                                              TAMMY H. DOWNS, CLERK

                                                                                    **By:** <u>Lorna E. Jones, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas