# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case: 4:22CR00300-24 JM |
| | ) |
| AARON NICHOLS | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

The Defendant, by and through undersigned counsel, hereby files this Motion to Continue and states as follows:

1. This case is currently set for trial on Monday, December 19, 2022, at 9:15 a.m.

2. Mr. Nichols was indicted on November 1, 2022, and on November 14, 2022, Mr. Nichols was arraigned before United States Magistrate Judge Joe J. Volpe.

3. Mr. Nichols is currently scheduled for a detention hearing on November 29, 2022.

4. On November 15, 2022, Mr. Nichol's counsel requested discovery from the Government. Although Mr. Nichols has yet to be provided an opportunity to review any materials, Mr. Nichols and the Government both continue to work on arranging the production and exchange of case materials.

5. Mr. Nichols and his counsel require adequate time to carefully review and analyze any material received to assess the Government's case, determine the appropriate pre-trial motions, and make general preparations for trial.

6. In determining whether to continue a matter, a court should primarily consider the following four concerns when determining whether to grant a continuance in a case:

   A. whether the failure to grant such a continuance would be likely to make continuation of such proceeding impossible or result in a miscarriage of justice. 18 U.S.C.S. § 3161(7)(B)(i);

   B. Whether the case is so unusual or complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. *Id.* at (7)(b)(ii);

   C. Whether, in a case which arrest precedes indictment, delay in the filing of the indictment is caused because the arrest occurs at a time such that it is unreasonable to expect return and filing of the indictment within the period specified by 3161(b) or because the facts upon which the grand jury must base its determination are unusual or complex. *Id.* at (7)(b)(iii); or,

   D. Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into the account the exercise of due diligence. *Id.* at (7)(b)(iv).

7. Here, all four of the primary factors weigh in favor of a continuance for Mr. Nichols. The continuance of these proceedings is not possible in absence of discovery as Mr. Nichols would

be unable to prepare or present his case against the government. Moreover, this case has an extensive list of co-defendants, which may require additional work and analysis by defense counsel and thus more time and diligence. Importantly, Counsel is currently not able to prepare for trial since this matter's discoverable materials have not been provided to the defense.

8. Because the factors weigh greatly in favor of Mr. Nichols and a denial of the continuance would result in a miscarriage of justice, Mr. Nichols requests that this Court grant a motion to continue the matter for at least (90) days from the current trial date.

9. Mr. Nichols' Counsel has discussed the matter with the Assistant United States Attorney Julie Peters and they do not oppose this request.

10. The additional time authorized by the Court in granting this motion is excludable under the Speedy Trial Act.

WHEREFORE, the Defendant, Aaron Nichols, respectfully requests that this court grant Mr. Nichol's Motion to Continue this matter at least (90) days from the current trial date and for all other just and appropriate relief.

Date: November 18, 2022                    Respectfully Submitted,

William O. "Bill" James, Jr.
AR Bar# 94108
Attorney for Defendant
The James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Tel. No. (501) 375-0900
Fax No. (501) 375-1356
Email: wojfeds@gmail.com