# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case:   4:22-CR-00300-JM-24 |
| Plaintiff(s) ) | |
| v.  ) | |
| ) | |
| Aaron Nichols  ) | |
| ) | |
| Defendant(s) ) | |

## DEFENDANT AARON NICHOLS' MOTION FOR PRETRIAL RELEASE IN PRESUMPTION CASES

COMES NOW, the Defendant, Aaron Nichols, by and through his undersigned counsel, Christopher Baker of the James Law Firm, and respectfully moves this court to order Mr. Nichols be released on bond pursuant to the Bail Reform Act, 18 U.S.C. § 1342; *United States v. Salerno*, 481 U.S. 739 (1987); *United States v. Orta*, 760 F.2d 887, 891 (8th Cir. 1985).  Evidence of satisfactory conditions for release exist that will reasonably assure the safety of the public and Mr. Nichols appearance before this court when he is released.

Mr. Nichols notes that this matter is already set to be heard on November 29, 2022 before the Honorable Judge J. Volpe in Courtroom #2C at 9:00 a.m.

WHEREFORE, Defendant requests this Court enter an order granting placing Mr. Nichols on pre-trial release and freeing him detention.

Dated: November 27, 2022

/s/ Christopher Baker
Christopher H. Baker, Esq.
Arkansas Bar No. 2022124
Attorney for Aaron Nichols
James Law Firm

1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Email: Chris@Jamesfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of defendant Aaron Nichols' Motion for Pretrial Release In Presumption Cases was electronically filed and served on the Court's electronic filing system. A copy of the filing will be mailed to any parties not associated with CM/ECF filing system.

Dated: November 27, 2022

/s/ Christopher Baker
Christopher H. Baker, Esq.
Arkansas Bar No. 2022124
Attorney for Aaron Nichols
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Email: Chris@Jamesfirm.com